UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jerry Kraus,**  <br><br>  Plaintiff,  <br><br>  v.  <br><br> **Sonoma K, LLC**, a California Limited Liability Company; **Jamie Keith Palomo;** **Patricia Diane Luna**; and Does 1-10,  <br><br>  Defendants. | Case No.: 2:18-CV-00682-WBS-EFB  <br><br> **ORDER ON REQUEST TO CONTINUE SCHEDULING CONFERENCE** |

Having read the request to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to January 2, 2019, and the scheduling conference, be continued to **January 14, 2019 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: October 23, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE